**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Nazmudin Keshwani, M.D., Elite Doc Family Medicine,
                         P.L.L.C., and Elite Doc Health & Beauty, P.L.L.C.

Appellate case number:   01-16-00286-CV

Trial court case number: 2016-21963

Trial court:             334th District Court of Harris County

On April 8, 2016, relators, Nazmudin Keshwani, M.D., Elite Doc Family Medicine, P.L.L.C, and Elite Doc Health & Beauty, P.L.L.C., filed a petition for writ of mandamus and a motion for emergency stay.

We deny the motion for emergency stay.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court

Date: April 13, 2016